211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 10−54813−swr
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Deana Karol Baker
   aka Deana Karol Graham
   19581 Staford
   Clinton Township, MI 48035

Social Security No.:
   xxx−xx−7301

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **14** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☐ Attorney Disclosure of Compensation Statement
- ☐ Certificate of Budget and Credit Counseling
- ☐ Chapter 7 Means Test (Form 22 A)
- ☑ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney
- ☐ Application to Pay the Filing Fee in Installments
- ☐ Tax ID
- ☐ Statistical Summary of Certain Liabilities
- ☐ Statement of Financial Affairs
- ☐ Summary of Schedules
- ☐ Schedules A−J
- ☐ Schedule A

- ☐ Schedule B
- Schedule C:
  - ☐ Debtor
  - ☐ Joint Debtor
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J

The missing document(s) must be filed on or before **5/18/10** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 5/4/10

                                                                              BY THE COURT

                                                                              Katherine B. Gullo , Clerk of Court
                                                                              U.S. Bankruptcy Court