B 3B (Official Form 3B) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re: Deana Karol Baker          Case No. 10-54813-swr

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED due to Debtor's income exceeding poverty guidelines.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $74.75 on or before 05/28/2010
    $74.75 on or before 06/18/2010
    $74.75 on or before 07/09/2010
    $74.75 on or before 07/30/2010

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on____ at ____am/pm at 211 W. Fort St. Bldg, Room 1825, Detroit, Michigan.

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.
.

**Signed on May 07, 2010**

                                     **/s/ Steven Rhodes**
                                     **Steven Rhodes**
                                     **United States Bankruptcy Judge**