UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

In Re:  Case No. 10-54813

Deana Baker Debtor(s)  Chapter: 7

Hon. _____

2010 MAY 17 AM 11:25
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

**DECLARATION UNDER PENALTY OF
PERJURY FOR DEBTOR(S) WITHOUT AN ATTORNEY**

The debtor(s) shall answer the following questions:

1. Did you have help in preparing the documents for your bankruptcy filing? [X] Yes [ ] No

2. If you did have help, who helped you:

   Name: Cherill Franson
   Address: P.O. Box 1401
   City/State/Zip: American Fork, Ut. 84003
   Telephone No.: 801-837-2237
   Soc. Sec. No.: 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

3. If you did have help, what did you give or promise to give for this help? (Fill in all blanks).

   **Money**             **Property**            **Services**
   Paid $ _____        What _____            What _____
   Owed $ 799.00         Value $ _____         Value $ _____

4. Did you make any payment to the preparer for Court costs in connection with filing the petition?
   [ ] Yes [X] No  If so, how much $ _____

I declare under penalty of perjury that the above statements are true.

_Deana Baker_
Debtor's Signature
Print Name: DEANA BAKER
Address: 19581 STAFFORD S
Phone # (586) 477-1281

Debtor's Signature
Print Name:
Address:
Phone #

**WARNING:** It is a federal crime to file a document containing false information in a federal court proceeding. Penalty for false declaration; Fine of not more than $250,000 or imprisonment for not more than 5 years or both - 18 U.S.C. §152 and U.S.C. §3571.